# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_____ DIVISION

## CIVIL COMPLAINT

Carl Hutchinson )
)
_____ )
)
_____ )      10·0093·CV W ·SOW
Enter above the full name of Plaintiff or Plaintiffs in this action )
)
vs. )                             CASE NO. _____
)
Timothy Runnels )
)
_____ )
)
_____ )
)
Enter above the full name of Defendant or Defendants in this action )

## I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff   Willie Audrey MCGRUDER

   Address   4031 Larwn
   _____
   _____

B. Name of Defendant(s) -  Carl Hutchinson  Timothy

   _____

   Runnels

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

The night of 1-23-09 officers Hutchinson

**2 Officer Runnels used excessive force while Placing ME under arrest**

## III. Relief

State briefly exactly what you want the Court to do for you.

I want compensation for the amount of $750,000 because of this said violation of My rights.

Make no legal arguments. Cite no cases or statutes.

## IV. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☐     No ☑

## V. Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

Yes ☑     No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

$750,000⁰⁰ (Seven hundred fifty thousand) these officers tried to injure me & made me suffer creuly & unusealy.

## VI. Counsel

Do you have an attorney to represent you in this civil action?

Yes ☐     No ☑

A.   Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☐     No ☑

B.   If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

C. If you answered no, state your reasons why no such efforts have been made.

_____
_____
_____
_____

## VII. Administrative Procedures

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☐    No ☒

B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

_____
_____
_____
_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_____
_____
_____
_____

Signed this __2__ day of __2__, 20 _10_

_____
Signature of Plaintiff or Plaintiffs